

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
### EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| YOUNG WOMEN'S CHRISTIAN | | No. 08-14-00302-CV |
| ASSOCIATION OF EL PASO | § | |
| DEL NORTE, | | Appeal from |
| | § | |
| Appellant, | | County Court at Law No. 3 |
| | § | |
| v. | | of El Paso County, Texas |
| | § | |
| JEREMY JORDAN, | | (TC # 2014-DCV1190) |
| | § | |
| Appellee. | | |

## MEMORANDUM OPINION

Pending before the Court is a motion filed by Appellant, Young Women's Christian Association of El Paso Del Norte, to dismiss the appeal pursuant to TEX.R.APP.P. 42.1 because the dispute between the parties has been resolved. We grant the motion and dismiss the appeal. Costs of the appeal are taxed against the party incurring same. *See* TEX.R.APP.P. 42.1(d).


May 15, 2015

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J., not participating